JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SONIK MANASERIAN,

               Petitioner,

     v.

FERETI SEMAIA, Warden, et al.,

               Respondents.

Case No. 5:25-cv-03542-RGK-MAA

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed January 23, 2026 (ECF No. 8) and the Notice of Compliance filed January 26, 2026 (ECF No. 9),

    IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED: May 28, 2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE